**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6979

CLEVELAND SANDERS,

Petitioner - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS,

Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Terry L. Wooten, District Judge. (CA-03-1127-6-25AK)

Submitted:  August 12, 2004          Decided:  August 20, 2004

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cleveland Sanders, Appellant Pro Se. Susan Rawls Edwards, NEXSEN PRUETT, Columbia, South Carolina; T. Lowndes Pope, Roy F. Laney, RILEY, POPE & LANEY, LLC, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cleveland Sanders appeals the district court's orders accepting the report and recommendation of a magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motions for a preliminary injunction and default judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Sanders v. South Carolina Dep't of Corr., No. CA-03-1127-6-25AK (D.S.C. May 24, 2004); Sanders v. South Carolina Dep't of Corr., No. CA-03-1127-6-25AK (D.S.C. filed March 24, 2004 & entered March 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED